```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BISMARK LITHGOW,

                Petitioner,

      - against -

WILLIAM F. KEYSER,

                Respondent.
-----------------------------------------------------------X

20 Civ. 03655 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Petitioner has requested a stay of this case so that he may pursue exhaustion of state remedies. (Dkt. 17.) Respondents take no position. (Dkt. 22.) Exercising its discretion, the Court grants Petitioner's request. The case is STAYED. By September 1, 2020, Petitioner must file whatever pleadings are required to initiate or continue pursuit of state remedies. Within 30 days of exhaustion of state remedies, Petitioner must so notify the Court.

    The Clerk's Office is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    July 20, 2020
           New York, New York

Copies transmitted to all counsel of record.