UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BISMARK LITHGOW,

                Petitioner,

- against -

WILLIAM F. KEYSER,

                Respondent.

-----------------------------------------------------------X

20-CV-3655 (VEC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 20, 2020, the Court granted Petitioner's request for a stay of this case so that he could pursue exhaustion of state remedies. The Court ordered Petitioner to file whatever pleadings were required to initiate or continue pursuit of state remedies by September 1, 2020; and to notify the Court within 30 days of exhaustion of state remedies. (Dkt. 23.) By **January 31, 2021**, Respondent shall file a letter updating the Court as to the status of the state court proceedings.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 4, 2021
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Petitioner pro se and note service on the docket:

    Bismark Lithgow
    DIN No. 15A1541
    Sullivan Correctional Facility
    P.O. Box 116
    Fallsburg, NY 12733