```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BISMARK LITHGOW,

                   Petitioner,

        - against -

WILLIAM F. KEYSER,

                   Respondent.
-------------------------------------------------------------X

20-CV-3655 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court appreciates the State's update as to Petitioner's state court proceedings. The State shall file a status report every ninety days, or, if earlier, such time as Petitioner's state court proceedings are fully concluded.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2021
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Petitioner pro se and note service on the docket:

    Bismark Lithgow
    DIN No. 15A1541
    Sullivan Correctional Facility
    P.O. Box 116
    Fallsburg, NY 12733