**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

BISMARK LITHGOW,

Petitioner,

-against-

20 **CIVIL** 3655 (VEC)

**JUDGMENT**

WILLIAM F. KEYSER,

Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated September 24, 2021, Judge Lehrburger's R&R is adopted in

full, and Mr. Keyser's motion to dismiss is GRANTED. All of Plaintiff's claims are dismissed

without prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the

order would not be taken in good faith and, therefore, in forma pauperis status is denied for

purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding that

appellant demonstrates good faith when seeking review of a non-frivolous issue).

**Dated:** New York, New York

September 24, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**